

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

November 12, 2021

**VIA ECF**
Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021
```

*Re: United States v. Daquan Murphy, 21 Cr. 280 (AJN)*

Your Honor:

  I represent Daquan Murphy in the above-referenced matter. I write to request permission to submit CJA interim vouchers in connection with Mr. Murphy's representation as I have already incurred meaningful attorney's fees with my work to date. It would be extremely helpful should I be allowed to submit interim CJA vouchers when the accrued amount is greater than Five Thousand Dollars ($5,000), in accordance with the CJA eVoucher Attorney's Manual.

  For the Court's convenience, I have included a "So Ordered" line should the Court grant my request. Thank you for your time and consideration.

Respectfully submitted,

s/ Jacqueline E. Cistaro, Esq.

cc: All Counsel of Record (*via ECF*)

SO ORDERED  _____ 11/15/2021
        Honorable Alison J. Nathan, U.S.D.J.