UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
UNITED STATES OF AMERICA                  :
                                                   :    **SCHEDULING ORDER**
   -against-                       :    21 Cr. 280 (AKH)

JAYQUAN SMITH et al.,                     :
                            Defendants.   :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The trial currently scheduled to begin September 12, 2022, at 9:00 a.m. is hereby adjourned. A status conference will be held on April 27, 2022, at 10 a.m., in Courtroom 14D, to set a new trial date and to resolve the pending motion by Defendant Derick Murphy (Dkt. No. 71).

        No later than April 20, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    April 18, 2022                  /s/ Alvin K. Hellerstein
           New York, New York         ALVIN K. HELLERSTEIN
                                              United States District Judge