UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                            **ORDER**

     - v. -                :
                                        S1 21 Cr. 280 (AKH)
JAYQUAN SMITH,                  :

        Defendant.     :

- - - - - - - - - - - - - - - x

        WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on June 22, 2022;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
           July __, 2022

                                                  THE HONORABLE ALVIN K. HELLERSTEIN
                                                  UNITED STATES DISTRICT JUDGE