# *PELUSO & TOUGER, LLP*
## *70 LAFAYETTE STREET*
## *NEW YORK, NEW YORK 10013*
**PelusoandTouger.com**

**Ph. No. (212) 608-1234**
**Fax No. (212) 513-1989**

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Sentencing is adjourned until 12/5/22 at 11:00 a.m.
/s/Alvin K. Hellerstein , U.S.D.J.
        11/2/2022

Re: ***United States v. Jayquan Smith, et al.*, 21 Cr. 280 (AKH)**

Dear Judge Hellerstein:

I am writing on behalf of Probation Officer Alyssa Lopez who is in the process of preparing the Pre-Sentence Report in this matter.  Unfortunately, she has yet to receive certain documents including criminal history documents and other documents pertaining to verification of some factual points.  Thus, with the consent of the Government I would most respectfully ask for a 60 day adjournment of the sentence in this matter which is currently scheduled for September 22nd.

Thank you very much for your consideration of this matter.

Most Respectfully,

David Touger, Esq.