Dear your honor

I Jayquan Smith am writing you this letter to express remorse for my actions of the past, to show accountability for my actions that have led me in front of you & also with hopes of you gaining a better understanding of who I am, as well as my plans & goals for the near future. I was born & raised in the Tremont section of the Bronx. I am one of four children, by my mom Denise Smith. I witness my mom work multiple jobs just too maintain a roof over me & my Brothers head & food on the table. I've lived with my grandmother from a toddler up until she was diagnosed with colon cancer & passed away at the age of 62. My father wasn't present in my life, so my mother had to take up both roles "Mommy & daddy". I lacked a positive male role model in life, my brothers & I weren't so close due too me living with my grandmother all them years so by the time my grandmother passed away I was already turning towards the

Streets. I had a decent household upbringing. My mom did her best to raise me, my brothers & my sister. However as I got older I started to deviate from the path that my mother & grandmother set forth. I started skipping school, experimenting with drugs & falling in with the wrong crowd. Growing up in the bronx as a child was never easy going outside. I was exposed to drug dealers, drug abusers I would often see heavy gambling as well as different variations of violent acts. Growing up under the circumstances that I grew up under. I was the type of kid, that never had any hero's to look up too, so who society would deem as the bad guys were the people who I tried two emulate, if only for the fact these were the people I saw on a daily basis I eventually I would wind up finding myself in the very same streets that I witnessed so many people before me fall victim too, a continuous cycle of violence, proven poverty & recidivism. At 14 years old I started skipping school, at 16 years old I stopped going too school all together. A few months after my 17th birthday I was arrested for assault & attempted robbery for which I pled guilty in the state of new york. I served 30 months & 3 years supervised released without any violations while maintaining employment

& completing multiple vocational programs. I would go on too become a father of a little boy at the tender age of 23. Having a kid yet not having a father left me trying too figure out what I was & what it meant to be a father. growing up without a father had me wanting the best for my child & his mother. I saw my mother struggle so much that I never wanted my child's mother too experience that ever. So I found employment. When covid 19 struck, I was laid-off due to the outbreak. Then when I couldn't find work I started falling back into my old ways & went back too the streets. A act im not proud about & very remorseful for. Since my incarceration I have been working on becoming a better man as well as a better father. I feel that with the time that I have been away I have become more wiser about making choices & decisions & also coming too an understanding that the choices & decisions I make don't only affect me but the people who I love & love me as well. After coming too understand the severity of my situation & circumstances I do not wish to continue live a life of crime, lies, deceit & being an absentee father on my son life. I do not wish to hurt any one whether it be through physical acts of violence or the

emotional & mental anguish I've caused my family & loved ones by not being a productive member of Society. Upon my re-entry into society I plan to become a motivational speaker too inner city youth within the urban community & shed light on my own Trials & Tribulations through the Judicial System. I wish to show the young men & women that are growing up under the same circumstances that I've grown up under that too be cool you don't have too go to Jail, you don't have to Turn too the streets too make a good living & even if you are growing up in a household lacking a parent or positive role model, I'm here too spread the message & do my best to be a credible messenger as someone speaking from experience & not living right. During my incarceration I plan on to receiving my commercial drivers License too make a honest living and A perfect way too provide for my family. I currently have my Osha 10, Osha 30, flaggers & Scaffolding Licenses which I plan on using & plan on upgrading whenever I have the chance too. While incarcerated I plan on achieving whatever available vocational skills that are provided too me. Your honor you can reassured that upon my release I have no plan, intentions or desire to put myself,

my family or my son through having too live without me because im in someones prison yard or graveyard due to falling back into a lifestyle that I know now was a facade. I only wish too help my son grow up too be successful & A positive member of society & give him all my love, support & all the things I wasn't afforded as a child. With that being said Thankyou for your time & allowing me too express these things too you im very remorseful for my actions, that have led me in front of you, I'm just wishing I could show & prove I ain't the same young man I came in as on April 21st 2021. God bless you & have a blessed day.

- Respectfully Submitted
Jay-Quan Smyth