From: Brianna Richardson                    9/29/22

To whom it may concern
To the Judge and who ever else reading this I am writing this letter on behalf of Jayauan Smith I am his sons mother. our son is 2 years old now. And I just want to say befor this situation of him getting locked up. he was a great father he would help me a lot just by doing his part and taking his son every other week with no problem if he needed something always made it happen. him being locked up now has actually made it a lot harder on us being that now my son was diagnosed with on the spectrum Autism And not having his dad here to really help me with this new journey my son has to now deal with is extremely hard and overwhelming. but im doing my best. I know the Real Jayauan the one that would do Anything for his family would

give me and his son his last without a doubt. the protector. im not using this as an excuse but I know for sure my sons father never had it easy from birth. his Grandmother raised him and once she passed A lot changed for him. He was never really leait the right cards in life and I know with help and with recources And Just a push he will do extremely well ang good because he has Potential. he was able to get his osha when he was out so I know He can prevail. I know being in Jail is not the place to be because unforunately you can find yoursef having to protect yourself watch your back all the time and get you into even more trouble Just like being outside all day in the bronx as well. being home with his child is where he belongs and I know thats where his focus will be when he comes hom becaus to much time was lost and now He knows how it feels to be away from him and I know it is killing him. I know I wrote

a lot but thats how you know its coming from the heart. thank you so much for listening Appreciate it may you have a great day.