January 7, 2023

Your Honor,

Hello, my name is Kevin Bethea, Jayquan and I have been friends for 20 plus years, my childhood friend but more so my brother. Growing up in the same neighborhood, and experiencing the similar obstacles created the foundation to our bond. From kids we were close basically my best friend, he knew my problems and I knew his. We both confided in each other no matter how embarrassing it may have been.  It is not easy to tell someone you have nothing to eat or clothes to wear.  From laughs to cry's, I knew I could always depend on him. Even during his lowest moments, he still lit up the room just being himself. Jayquan is a reliable, genuine, supportive, and excellent father. One of the greatest moments was watching him transform from a young boy to a man, being a father made him more mature and showed his more caring and loving side. The love Jayquan has for his son is unconditional and he shows it on any occasion. The bond he has with his son is unbreakable and the most important thing to him is to watch his child grow from a young boy to a man just as he did, to guide him in life and ensure he doesn't make similar mistakes.

    During my toughest times I always knew I could call Jayquan, at anytime of the day he would be there. His home was my second home and mine his, his family always welcomed me with opened arms and they're my second family. His mom, son, siblings, nieces, nephews, and friends love him unconditionally and are hurting to see our loved one in this predicament.

With Respect,

Kevin Bethea