# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

This certifies that:

**Jayquan Smith**
Reg. No. 41206-509

has satisfactorily completed

***Turning Points: Attitudes Module***

and is hereby awarded this certificate, this 16th day of August, 2022

_____
Dr. L
Staff Psychologist

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

This certifies that:

## Jayquan Smith
Reg. No. 41206-509

has satisfactorily completed

**Turning Points: Preparing to Change Module**

and is hereby awarded this certificate, this 29th day of July, 2022

_____
Dr. L
Staff Psychologist



# MDC Brooklyn Recreation Department

This is to Certify that

## Jayquan Smith

Has Successfully Completed

### HEALTH EDUCATION-Sentry Course

At MDC Brooklyn

This certificate is hereby issued this 5th day of December 2022

S. Levine
Recreation Specialist

# Certificate of Completion

Metropolitan Detention Center, Brooklyn
Brooklyn, New York

This certifies that:

*Jay'quan Smith*
Reg. No. 41206-509

has satisfactorily completed

*Turning Points: Coping Module*

and is hereby awarded this certificate, this 9th day of June, 2022



Dr. L
Staff Psychologist

# CERTIFICATE OF COMPLETION

PRESENTED TO

## JAYQUAN SMITH

REGISTER # 41206-509

FOR COMPLETION OF PREPARING FOR CHANGE MODULE OF THE TURNING POINT SERIES

METROPOLITAN DETENTION CENTER, BROOKLYN, NY

THIS CERTIFICATE IS HEREBY ISSUED ON JULY 21, 2021.



N. APOLEON, MPH, PSY.D.
STAFF PSYCHOLOGIST

# MDC Brooklyn Recreation Department

This is to Certify that

*Jaquan Smith*

Has Successfully Completed

*Enjoying the Second Half of Life-Sentry Course*

At MDC Brooklyn

This certificate is hereby issued this 18th day of June 2021

*D. Fulmore*
Recreation Specialist

```
 BROBG              *          INMATE EDUCATION DATA        *      12-20-2022
PAGE 001 OF 001 *                   TRANSCRIPT              *        08:28:50


REGISTER NO: 41206-509   NAME..: SMITH                       FUNC: DIS
FORMAT.....: TRANSCRIPT  RSP OF: BRO-BROOKLYN MDC


------------------------------ EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                   START DATE/TIME STOP DATE/TIME
BRO  GED UNK    GED STATUS UNKNOWN            04-22-2021 1746 CURRENT


------------------------------- EDUCATION COURSES ------------------------------
SUB-FACL   DESCRIPTION                    START DATE  STOP DATE EVNT AC LV  HRS
BRO M      HEALTH EDUCATION PROGRAM       11-07-2022 CURRENT
BRO M      ENJOYING THE SECOND-L CODE     06-14-2021 06-18-2021  P   C  P    5




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
 BROBG              *        INMATE EDUCATION DATA        *       12-20-2022
PAGE 001 OF 001 *                 TRANSCRIPT              *         08:28:50


REGISTER NO: 41206-509     NAME..: SMITH                      FUNC: DIS
FORMAT.....: TRANSCRIPT    RSP OF: BRO-BROOKLYN MDC


------------------------- EDUCATION INFORMATION ------------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
BRO  GED UNK    GED STATUS UNKNOWN             04-22-2021 1746 CURRENT


------------------------- EDUCATION COURSES ----------------------------------
SUB-FACL   DESCRIPTION                    START DATE  STOP DATE EVNT AC LV  HRS
BRO M      HEALTH EDUCATION PROGRAM       11-07-2022 CURRENT
BRO M      ENJOYING THE SECOND-L CODE     06-14-2021 06-18-2021  P   C  P    5




G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```