To Whom this may concern,

Hello my name is Dajinae Mebane I am writing this letter on behalf of Jayquan Smith in regards to our friendship . I've known Jayquan for over 5 years, he has always been someone I can depend on. From a shoulder to cry on, to being there for me at the my lowest point.

From the day we met we clicked and been inseparable ever since. We have that bond where no matter if we stopped talking or argued whenever one of us needed each other we was there. There was a time I was going through depression real bad and Jayquan was there through it all I couldn't eat he made sure I did I didn't want to leave my home he would always come see randomly or pay for my cabs to come to his. He checked on me constantly through out the day to make sure my head was on right or just to see if I needed anything from that moment I knew he was someone special to me .

it was many times Jayquan was a great friends to others as well. His home was a safe haven for others he always allowed anyone to come over and stay if they needed too no matter the time he would open the door. His heart is very big no matter the situation he would try to help out he'll give the shirt off his back to anyone in need if he had too. He is a trustworthy person who will stand and defend you anytime anywhere, and accepts everyone for who they are. Not only is he a great person he's a great father to his son. His child made him a even better person, he was always with him always doing father duty's and showing him off. Every time you seen Jayquan you would see him with his child.

Jayquan relationship with his mother and sister is great they are very close. I met his mom & sister the first time I ever came to his house they both was very nice. When Jayquan got into fed custody I started speaking to them more and more. They miss him just as much as I do.

Jayquan is a whole hearted person, he cares deeply and wants to see everyone around him succeed and be happy.  Seeing him be a father and have to raise a young boy to a grown man is challenging but can make you a better man. It motivates you to see life different and want more. Jayquan plays a huge role in his son life and they need each other.

Sincerely

Dajinae Mebane