UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA          :
                                  :
                                  :     **SCHEDULING ORDER**
         -against-                :
                                  :     21 Cr. 280 (AKH)
                                  :
                                  :
JAYQUAN SMITH,                    :
                                  :
                      Defendant.  :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Sentencing in the above-captioned case is adjourned from January 23, 2023 to February 28, 2023 at 11:00 a.m. in Courtroom 14D.

      SO ORDERED.

Dated:    January 23, 2023          _/s/_Alvin K. Hellerstein___
            New York, New York        ALVIN K. HELLERSTEIN
                                          United States District Judge