UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA             :
                                     :
                                     :  **ORDER**
         -against-                   :
                                     :  21 Cr. 280 (AKH)
                                     :
                                     :
JAYQUAN SMITH,                       :
                                     :
                        Defendant.   :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

   Permission is granted authorizing Defendant to be released from detention for the sole purpose of attending the funeral and viewing of his son on February 18, 2023 from 11:00 a.m. until 7:00 p.m.


   SO ORDERED.

Dated:  February 7, 2023    _____/s/_Alvin K. Hellerstein_____
     New York, New York   ALVIN K. HELLERSTEIN
                 United States District Judge