UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA             :
                                     :
                                     :   **ORDER**
      -against-                      :
                                     :   21 Cr. 280 (AKH)
                                     :
JAYQUAN SMITH,                       :
                                     :
                        Defendant.   :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Upon reconsideration, I find that the Government has demonstrated by a preponderance of the evidence that there exists a serious risk of flight and danger to the community if the Defendant were to be released without supervision to attend his son's funeral. My previous order is vacated (ECF No. 167). However, prison authorities shall coordinate a virtual viewing of the funeral through videoconference. Additionally, if the Defendant so wishes and if feasible given the short notice, the family may coordinate with prison authorities to arrange for the body of the child to be brought to the Metropolitan Detention Center for the Defendant to mourn his loss.

       SO ORDERED.

Dated:   February 16, 2023         /s/ Alvin Hellerstein
           New York, New York      ALVIN K. HELLERSTEIN
                                       United States District Judge