UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA              :
                                      :
                                      :   **ORDER**
      -against-                       :
                                      :   21 Cr. 280 (AKH)
                                      :
                                      :
JAYQUAN SMITH,                        :
                                      :
                        Defendant.    :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      It is hereby ordered that C.J.A. attorney Glenn Kopp is assigned to represent defendant Jayquan Smith in the above captioned matter as of March 13, 2023, nunc pro tunc.

      SO ORDERED.

Dated:   March 16, 2023            ____/s/ Alvin Hellerstein____
         New York, New York        ALVIN K. HELLERSTEIN
                                   United States District Judge